UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bernhard Kuhmstedt,

                Plaintiff,

-against-

Complex Media, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

1:19-cv-09809 (GBD) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties are directed to appear, via telephone, for a settlement conference in the above-captioned action on Monday, February 24, 2020 at 2:30 p.m. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. In accordance with the Court's procedures, Plaintiff and a representative of Defendant must participate in the conference in addition to counsel. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:    New York, New York
               February 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge