**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

BERNHARD KUHMSTEDT,

            Plaintiff,

-against-

COMPLEX MEDIA, INC.,

           Defendant.

------------------------------------- x



ORDER

19 Civ. 9809 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: February 27, 2020
      New York, New York

                                  SO ORDERED.

                                  GEORGE B. DANIELS
                                  United States District Judge